**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

FILED

2010 SEP 14 AM 10: 44

CLERK, U.S. DISTRICT COURT
OCALA, FLORIDA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

Case No. 5:10-cv-468-OC-10GRS

**REAL PROPERTY, INCLUDING**
**ANY BUILDINGS, APPURTENANCES,**
**AND IMPROVEMENTS THEREON,**
**LOCATED AT 17532 COBBLESTONE**
**LANE, CLERMONT, FLORIDA,**

**REAL PROPERTY, INCLUDING**
**ANY BUILDINGS, APPURTENANCES,**
**AND IMPROVEMENTS THEREON,**
**LOCATED AT 13045 HIDDEN BEACH WAY,**
**CLERMONT, FLORIDA,**

    **Defendants.**

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 1.04(d)

The United States of America, by and through its undersigned Assistant United States Attorney, and, pursuant to Local Rule 1.04(d), certifies that the above-styled civil forfeiture action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency:

| | |
|---|---|
| *1410 Investments, LLC. v. Jenifer Hoffman, et al.* | In the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida |
| | Case No. 09CA6517 |

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By *[signature]*
Nicole M. Andrejko
Assistant United States Attorney
Florida Bar No. 0820601
501 West Church St., Suite 300
Orlando, Florida 32805
(407) 648-7500 - telephone
(407) 648-7643 - facsimile
E-Mail: Nicole.Andrejko@usdoj.gov