UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,

PLAINTIFF,

CASE NO.  5:10-cv-468-Oc-10GRJ

REAL PROPERTY, INCLUDING
ANY BUILDINGS, APPURTENANCES,
AND IMPROVEMENTS THEREON,
LOCATED AT 17532 COBBLESTONE
LANE, CLERMONT, FLORIDA,

REAL PROPERTY, INCLUDING
ANY BUILDINGS, APPURTENANCES,
AND IMPROVEMENTS THEREON,
LOCATED AT 13045 HIDDEN BEACH
WAY, CLERMONT, FLORIDA,

CLAIMANTS/DEFENDANTS.
_____/

## CLAIMANTS' NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

COME NOW, Claimants/defendants 1410 Investments, LLC, a Florida limited liability company, Signature Web Media, LLC, a Florida limited liability company, and 1410 and Signature Settlement, LLC, a Florida limited liability company, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, file this Claimants' Notice of Dismissal Pursuant to Rule 41(a)(1)(A)(i), and state:

Claimants hereby dismiss their Verified Claim of 1410 and Signature Settlement, LLC, 1410 Investments, LLC, and Signature Web Media, LLC, filed as Document #11 herein.

Respectfully submitted,

                               */s/ Gretchen R.H. Vose*  
                               Gretchen R.H. Vose, Esq.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on January 31, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

   Nicole M. Andrejko, Assistant United States Attorney

                               */s/ Gretchen R.H. Vose*  
                              GRETCHEN R.H. VOSE, ESQ.  
                              Florida Bar No. 169913  
                              WADE C. VOSE, ESQ.  
                              Florida Bar No. 685021  
                              EVE BOUCHARD, ESQ.  
                              Florida Bar No. 0035398  
                              Vose Law Firm, LLP  
                              324 W. Morse Blvd.  
                              Winter Park, Florida 32789  
                              Telephone (407) 645-3735  
                              Facsimile (407) 628-5670  
                              E-mail: bvose@voselaw.com  
                              Attorneys for Claimants