

Case 5:10-cv-00468-WTH-DAB   Document 79   Filed 03/26/12   Page 1 of 1 PageID 1132



# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>United States | COURT CASE NUMBER<br>5:10-cv-468-Oc-10GRJ |
|---|---|
| DEFENDANT<br>RP, located at 17532 Cobblestone Lane, etc. | TYPE OF PROCESS<br>Disposal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Nicole M. Andrejko, AUSA<br>501 West Church Street, Ste. 300<br>Orlando, FL 32805 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
|---|---|---|
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Pursuant to the Judgment of Forfeiture please take possession and dispose of the real property located at 13045 Hidden Beach Way, Clermont, FL 34711. PLEASE NOTE THIS IS A VICTIM CASE. Please also note that taxes are owed on the property. I am attaching copy of the taxes owed. Counsel for Tax Collector is Robert Q. Williams, 380 West Alfred Street, Tavares, FL, telephone (352) 343-6655 and facsimile (352) 343-4267. A proposed settlement was mailed 03/03/11, however, it has not been return.
10-USS-000566

| Signature of Attorney or other Originator requesting service on behalf of  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NO.<br>407-648-7500 | DATE<br>03/23/2011 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE<br>12-19-11 | TIME OF SERVICE | ☐ AM<br>☐ PM |
|---|---|---|---|

SIGNATURE, TITLE AND TREASURY AGENCY
PM  Rhodes  USSS

**REMARKS:** On 12-19-11, 13045 Hidden Beach Way, Clermont, FL sold for $220,000.00. The county tax office confirmed that the taxes for 2010 were paid on 3-31-10. The Government was exempt from paying the 2011 taxes, as the Final Order of Forfeiture was executed on 3-21-10. The expense associated with the sale of the property is $21,745.63, net proceeds of sale totaled $198,254.37.

TD F 90-22.48  (6/96)